IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

U.S. Specialty Insurance Co.,            Case No. 3:16CV2510

    Plaintiff

    v.                                         **JUDGMENT ENTRY**

Drake Aerial Enterprises, LLC, et al.,

    Defendants

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT**:**

1. The motion of U.S. Specialty Insurance Co. for summary judgment (Doc. 49) be, and the same hereby is, denied; and

2. The counter-motions of Drake Aerial Enterprises (Doc. 55) and Howard T. Linden (Doc. 54) be, and the same hereby are, granted.

So ordered.

                                                        /s/ James G. Carr
                                                         Sr. U.S. District Judge